

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2025

No. 04-24-00802-CV

**IN RE BRYAN IMARI DIAS**, Relator

Original Proceeding[1]

**ORDER**

On November 26, 2024, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 29, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2024-CI-21504, styled *In the Interest of E.D. and I.D., Children*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Benjamin Robertson presiding.